UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:08-cr-84-LRH-RAM |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| MARTIN DELACRUZ, ) | |
| Defendant. ) | |

Court Report Donna Davidson is requested to prepare transcripts of the following:

Defendant's Sentencing Hearing on December 18, 2009.

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 17th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE